# EXHIBIT B

Submit by Email | Print Form

```
06/12/2020 02:59 PM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 54948
```

## WRITTEN INSTRUCTIONS FOR SERV

CASE NUMBER   G-4801-CI-0202002321-000

JUDGE   Judge STACY L. COOK

TO: J. BERNIE QUILTER, CLERK OF COURTS

YOU ARE INSTRUCTED TO MAKE (CHECK ONE)

☒ **CERTIFIED MAIL**

**CERTIFIED RESTRICTED**

**ORDINARY MAIL**

**PERSONAL/RESIDENCE SERVICE THROUGH THE SHERIFF**

**UPON THE FOLLOWING:**

| NAME | ADDRESS |
|---|---|
| PROMEDICA HEALTH SYSTEM, INC. | 4400 Easton Commons Way, Suite 125 |
| c/o CT Corporation System, Statutory Agent | Columbus, OH 43219 |

**SPECIAL INSTRUCTION:**

Please serve time-stamped copies of the Complaint and the Motion upon the named Defendant via Certified Mail.

**ATTORNEY NAME**

STUART E. SCOTT (0064834)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232 | (216) 696-3924 (FAX)