# EXHIBIT C

## LUCAS COUNTY COMMON PLEAS COURT
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604
### SUMMONS
### CIVIL ACTION

**FILING TYPE:**                                    **OTHER TORT**

PROMEDICA HEALTH SYSTEMS INC              G-4801-CI-0202002321-000
C/O CT CORPORATION SYSTEM                 JUDGE:  STACY L COOK
STATUTORY AGENT
4400 EASTON COMMONS WAY SUITE 125
COLUMBUS, OH 43219

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.  /

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                               ATTORNEY FOR PLAINTIFF(S)
JOHN DOE ON BEHALF OF HIMSELF AND          STUART SCOTT
ALL OTHERS SIMILARLY SITUA                 1001 LAKESIDE AVE E
ON BEHALF OF HIMSELF AND ALL OTHERS        SUITE 1700
SIMILARLY SITUATED                         CLEVELAND, OH 44114
C/O SPANGENBERG SHIBLEY & LIBER LLP,
1001 LAKESIDE AVE EAST
SUITE 1700, CLEVELAND, OH 44114

                                           BERNIE QUILTER
                                           CLERK OF COURTS

Date:  June 15, 2020

                                           _J Bernie Quilter_____ , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐  I request to be notified by <u>email</u>

My email address _____

OR

☐  I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:        G-4801-CI-0202002321-000
                PROMEDICA HEALTH
SYSTEMS INC
Message:        Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202002321-000    PROMEDICA HEALTH SYSTEMS INC  Generated: June 15, 2020