**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOHN DOE, | CASE NO. 3:20-cv-01581-JZ |
| Plaintiff, | JUDGE JACK ZOUHARY |
| v. | MAGISTRATE JUDGE JAMES R. KNEPP, II |
| PROMEDICA HEALTH SYSTEM, INC., | **UNOPPOSED MOTION FOR EXTENSION TO MOVE, PLEAD OR OTHERWISE RESPOND** |
| Defendant. | |

Defendant ProMedica Health System, Inc. and plaintiff John Doe have conferred regarding ProMedica's response date to answering or otherwise responding to Doe's complaint. Doe has informed ProMedica that he intends to move to remand this case back to the Lucas County Court of Common Pleas. Given this forthcoming remand motion, the parties have conferred and Doe does not object to extending ProMedica's answer date to move, plead or otherwise respond to Doe's complaint until twenty-one (21) days after the Court's ruling on Doe's motion to remand, for the parties to focus on these threshold jurisdictional questions. A proposed order reflecting the parties' agreement is attached to this consent motion if satisfactory to the Court.

Respectfully submitted,

*/s/ David Carney*
David A. Carney (0079824)
Joshua D. Rovenger (0099328)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Email: dcarney@bakerlaw.com
Email: jrovenger@bakerlaw.com

*Attorneys for Defendant ProMedica Health System, Inc.*

**CERTIFICATE OF SERVICE**

I certify that certify that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION TO MOVE, PLEAD OR OTHERWISE RESPOND** was served on this 21st day of July, 2020 via the Court's electronic filing system on all counsel of record.

/s/ David A. Carney