IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Doe, | Case No. 3:20 CV 1581 |
| Plaintiff, | <u>ORDER STRIKING PLAINTIFF BRIEFING</u> |
| -vs- | JUDGE JACK ZOUHARY |
| ProMedica Health System, Inc., | |
| Defendant. | |

This Court granted Plaintiff permission to file a Motion to Remand, with a fifteen-page limit (Doc. 10). Plaintiff then filed a ten-page document titled "Motion to Remand" (Doc. 12). Attached to the Motion is a fifteen-page document titled "Memorandum in Support of Motion to Remand" (Doc. 12-3). Thus, Plaintiff effectively filed a twenty-five-page Motion, which this Court now strikes from the record. Try again.

Motion to Remand now due by **August 20, 2020**. Opposition due by **September 4**. To eliminate any remaining confusion, all substantive content in the Motion and supporting brief combined shall not exceed fifteen pages. If more than fifteen pages are necessary, the proper course is to request permission to exceed the limit.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

August 18, 2020