IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, on behalf of themselves and all others similarly situated<br><br>    Plaintiff<br><br>  v.<br><br>PROMEDICA HEALTH SYSTEMS, INC.<br><br>    Defendant | CASE NO. 3:20-CV-01581<br><br>JUDGE JACK ZOUHARY |

## PLAINTIFF'S MOTION TO CERTIFY THE COURT'S ORDER DENYING PLAINTIFF'S MOTION FOR REMAND FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b)

Plaintiff, through counsel, moves for an order certifying the Court's October 30, 2020 order (ECF No. 18), regarding Plaintiff's Motion to remand, for interlocutory review pursuant to 28 U.S.C. § 1292(b).

A memorandum in support is attached hereto.

Respectfully submitted,

*s/ Kevin C. Hulick*
STUART E. SCOTT (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*khulick@spanglaw.com*

MITCHELL BREIT (*pro hac vice*)
JASON 'JAY' BARNES (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
(212) 784-6400
(212) 213-5949 (FAX)
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*

**Counsel for Plaintiff and the Proposed Class**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/ Kevin C. Hulick*
STUART E. SCOTT (0064834)
KEVIN C. HULICK (0093921)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*sscott@spanglaw.com*
*khulick@spanglaw.com*

MITCHELL BREIT (*pro hac vice*)
JASON 'JAY' BARNES (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY  10016-7416
(212) 784-6400
(212) 213-5949 (FAX)
*mbreit@simmonsfirm.com*
*jaybarnes@simmonsfirm.com*

**Counsel for Plaintiff and the Proposed Class**